United States District Court
District of Massachusetts

|  |  |
|---|---|
| VICTORIA ZARLENGA,<br>      Plaintiff,<br><br>      v.<br><br>RICHARD M. SCOTT, M.D.,<br>CHRISTOPHER HARROD, M.D.,<br>BRIGHAM AND WOMEN'S HOSPITAL,<br>JOHN DOE and JANE DOE,<br>      Defendants. | Civil Action No.<br>10-11603-NMG |

## ORDER

1) In accordance with Mass. Gen. Laws ch. 231, § 60B, the defendants' motions to transfer this case to the Suffolk Superior Court to convene a medical malpractice tribunal (Docket Nos. 16 and 29) are **ALLOWED** and this action is **STAYED** pending the outcome of the medical malpractice tribunal.

2) As a result of the transfer and stay of this case, defendants' motions to dismiss (Docket Nos. 18 and 32) are **DENIED** without prejudice and plaintiff's motion for an extension of time to file a response to the defendants' motions (Docket No. 27) is **DENIED** as moot.

3) Finally, because the Court deems service of process to have been perfected with respect to all defendants, plaintiff's motion for an extension of time to complete service of process (Docket No. 23) is **DENIED**, as moot.

**So ordered**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated March 21, 2011