**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

Victoria A. Zarlenga
               Plaintiff

                                              CIVIL ACTION
    V.

Richard M. Scott, M.D. et al          NO.10-cv-11603-NMG
               Defendants

**ORDER OF DISMISSAL**

GORTON, D. J.

In accordance with the Court's Order dated 1/10/2014, (Docket No. 64), it is hereby

ORDERED that the above-entitled action be and hereby is dismissed.

                                                   By the Court,

1/13/2014                               /s/ Kellyann Moore
Date                                       Deputy Clerk